KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JESUS OSCAR HERRERA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS OSCAR HERRERA, et al.<br><br>  Defendants. | CR-F-05-0250 AWI<br><br>STIPULATION TO RESET DATES FOR SENTENCING AND FILING OF OBJECTIONS TO PRESENTENCE REPORT; ORDER<br><br>New Sentencing Date: 11/27/06<br>Time: 9:00 a.m.<br>Dept: AWI |

IT is hereby stipulated between counsel for the government and counsel for Defendant JESUS OSCAR HERRERA that the sentencing date previously set for November 6, 2006 be reset to November 27, 2006, and that the date for filing informal objections previously set for 10/9/06 be reset for 10/30/06; and that the date set for filing formal objections with the court, which was previously set for 10/23/06 be reset to 11/13/06.

DATED: October 23, 2006        /s/ Katherine Hart
                               KATHERINE HART

DATED: October 23, 2006        /s/ Karen Escobar
                               ASSISTANT UNITED STATES ATTORNEY

ORDER

Based on the stipulation between counsel, it is hereby ordered that the dates in the case of United States v. Jesus Oscar Herrera be reset as follows:

    Sentencing: November 27, 2006

    Informal Objections to be filed October 30, 2006

    Formal Objections to be filed November 13, 2006.

IT IS SO ORDERED.

**Dated:**   **October 23, 2006**         /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE