# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JESUS OSCAR HERRERA ) | Case No: 1:05CR00250-003 |
| ) | USM No: 62459-097 |
| Date of Previous Judgment: 11/30/2006 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168 months__ months **is reduced to** __148 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __31__               Amended Offense Level: __29__
Criminal History Category: __V__             Criminal History Category: __V__
Previous Guideline Range: __168__ to __210__ months   Amended Guideline Range: __140__ to __175__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __11/30/06__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __10/9/2008__                              __/S/ ANTHONY W. ISHII__
                                                                         Judge's signature

Effective Date:  _____                        Anthony W. Ishii, Chief, U.S. District Judge
           (if different from order date)                                 Printed name and title