```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorney for Defendant
JESUS OSCAR HERRERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 05-250 AWI |
| Plaintiff, ) | **STIPULATION AND ORDER RESETTING HEARING DATE** |
| v. ) | |
| JESUS OSCAR HERRERA, ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. ) | |

Defendant, JESUS OSCAR HERRERA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KAREN ANN ESCOBAR, hereby stipulate that the hearing scheduled for January 17, 2012, be reset to Monday, February 6, 2012, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties request the court enter the order lodged herewith.

Dated:  December 14, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Karen Ann Escobar*<br>KAREN ANN ESCOBAR<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>JESUS OSCAR HERRERA |

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing scheduled for January 17, 2012, is hereby RESET to Monday, February 6, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  ____December 14, 2011____   _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
-2-