1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:05-cr-00250 AWI |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER |
| v. | ) THEREON FOR CONTINUANCE |
| JESUS OSCAR HERRERA, | ) |
| Defendant. | ) |

Defendant JESUS OSCAR HERRERA, by and through their his attorney, DAVID PORTER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the hearing set for February 6, 2012, be continued to February 27, 2012, at 9:00 a.m. in order to accommodate the availability of counsel for the government.

////
////
////
////
////
////

The parties further agree that defense shall have additional time until on or before January 23 at 4 p.m. to file its supplemental brief.

Dated: January 6, 2012          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant U.S. Attorney

Dated: January 6, 2012          /s/ David Porter
                                DAVID PORTER
                                Attorney for Defendant
                                JESUS OSCAR HERRERA

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the sentencing hearing currently set in this matter for February 6, 2012, shall be continued to February 27, 2012, at 9:00 a.m.

IT IS FURTHER ORDERED THAT the defendant's supplemental brief shall be due on or before January 23 at 4 p.m.

IT IS SO ORDERED.

Dated:   January 9, 2012         _____
                                 CHIEF UNITED STATES DISTRICT JUDGE