# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | **REENTRY COURT PROGRAM** |
| v. | ) | |
| | ) | **ORDER TO REDUCE TERM OF** |
| Jesus Oscar Herrera, | ) | **SUPERVISED RELEASE** |
| | ) | **FOR SUCCESSFUL COMPLETION** |
| Defendant. | ) | **OF REENTRY COURT** |
| | ) | **(18 U.S.C. 3583(3)(1)** |
| | ) | |
| | ) | **Docket Number: 0972 1:05CR00250-003** |

On May 23, 2019, the defendant was accepted as a participant in the Reentry Court Program. As of June 24, 2020, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced, with a new termination date of August 31, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release re-imposed on July 25, 2016, is hereby reduced for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

  September 1, 2020
  **Date**

  _/s/ Sheila K. Oberto_
  **The Honorable Sheila K. Oberto**
  **U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced, with a new termination date of August 31, 2020.

IT IS SO ORDERED.

Dated:  September 1, 2020

  _____
  SENIOR DISTRICT JUDGE

cc:   Defendant
      Assistant United States Attorney: Karen Escobar

Defense Counsel: Christina Roberson
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office

Rev. 01/2020
CAE_REENTRY COURT_ORDER TO REDUCE SUPERVISION